## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| FRANCISCO TORRES-FLORES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.  11-cv-1223 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R  &  O P I N I O N

This matter is before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. On May 15, 2012, Petitioner was ordered to amend his previously dismissed Motion, in accordance with a mandate from the Court of Appeals. This order was sent to him at the address last provided to the Court, but was returned as undeliverable. Further investigation revealed Petitioner had been released from custody. The Court made a final attempt to reach Petitioner by sending the orders to his last known address prior to his incarceration, on September 18, 2012. This mail was not returned. The Court gave Petitioner six months in which to pursue his claim, and warned him that failure to do so would result in the claim being dismissed for lack of prosecution. (Text Order, Sept. 18, 2012). Petitioner has not contacted the Court since that time. Thus, Petitioner's Petition is DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE. *See* Rule 41(b) of the Federal Rules of Civil Procedure. IT IS SO ORDERED.

CASE TERMINATED.

Entered this <u>20th</u> day of March, 2013.

                                                s/ Joe B. McDade
                                                JOE BILLY McDADE
                                      United States Senior District Judge